WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7967; Fax: (702) 946-1345
rhabermas@wrightlegal.net
*Attorneys for Defendant, PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. FROELICH,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No.: 2:19-cv-00175-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Michael D. Froelich ("Plaintiff"), and Defendant, PHH Mortgage Corporation ("PHH"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On February 5, 2019, PHH was served Plaintiff's Complaint [ECF No. 1] ("Complaint");

2. PHH's response to the Complaint is due February 26, 2019;

3. PHH's counsel is requesting an additional fourteen (14) days to file its response to Plaintiff's Complaint, and thus requests up to March 12, 2019, to file a response;

4. This extension is requested to allow PHH's counsel to finalize her response to the Complaint, as she has been ill and unable to come to work thus far the week of February 25, 2019;

5. Counsel for Plaintiff does not oppose this extension;

6. This Stipulation is made in good faith and not for purposes of delay.

1

**IT IS SO STIPULATED.**

| DATED this 26th day of February, 2019. | DATED this 26th day of February, 2019. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **HAINES & KRIEGER, LLC** |
| */s/ Christina V. Miller* <br> Christina V. Miller <br> Nevada Bar No. 12448 <br> Regina A. Habermas, Esq. <br> Nevada Bar No. 8481 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendant, PHH Mortgage Corporation* | */s/ Shawn Miller* <br> David Krieger, Esq. <br> Nevada Bar No. 9086 <br> Shawn Miller, Esq. <br> Nevada Bar No. 7825 <br> 8985 S. Eastern Ave., #350 <br> Henderson, Nevada 89123 <br> *Attorneys for Plaintiff, Michael D. Froelich* |

Case No.: 2:19-cv-00175-APG-VCF

**ORDER**

**IT IS SO ORDERED.**

Dated this 1st day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE