WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7967; Fax: (702) 946-1345
rhabermas@wrightlegal.net
*Attorneys for Defendant, PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. FROELICH,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No.: 2:19-cv-00175-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE PHH MORTGAGE CORPORATION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE [ECF NO. 7]** |

Plaintiff, Michael D. Froelich ("Plaintiff"), and Defendant, PHH Mortgage Corporation ("PHH"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On March 12, 2019, PHH filed its Motion to Dismiss Complaint with Prejudice [ECF No. 7] ("Motion");

2. On March 26, 2019, Plaintiff filed his Response in Opposition to the Motion [ECF No. 9] ("Response");

3. PHH's counsel is requesting an additional fourteen (14) days to file its Reply to Plaintiff's Response, and thus requests up to April 16, 2019, to file a reply;

4. This extension is requested to allow PHH's counsel to finalize her reply to the Response, as she has been ill;

5. This extension is further requested to allow counsel for Plaintiff and PHH to engage in negotiations in an effort to reach an early resolution of this matter;

6. This Stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Christina V. Miller*
Christina V. Miller
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant, PHH Mortgage Corporation*

DATED this 3rd day of April, 2019.

**HAINES & KRIEGER, LLC**

*/s/ Shawn Miller*
David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
8985 S. Eastern Ave., #350
Henderson, Nevada 89123
*Attorneys for Plaintiff, Michael D. Froelich*

**IT IS SO ORDERED.**

Dated this  3rd  day of  April , 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE