# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. FROELICH, | Case No.: 2:19-cv-00175-APG-VCF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| PHH MORTGAGE CORPORATION, | |
| Defendant | |

On August 5, 2019, the parties advised the court that they had settled this case and requested 60 days to finalize the settlement. ECF No. 20. More than 60 days have passed and no stipulation to dismiss has been filed.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status report by December 20, 2019.

DATED this 6th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE